644

DREW, Judge.

This is a companion case to suit styled Ouachita Parish Police Jury v. Northern Insurance Company of New York, No. 5360 on the docket of this court, 176 So. 639, in which a decision was rendered this day. The facts and issues are the same.

For the reasons assigned in case No. 5360, the judgment of the lower court is affirmed, with costs.

### OUACHITA PARISH POLICE JURY GUARANTY FIRE INSURANCE COMPANY OF PROVIDENCE, R. I.

#### No. 5358.

Court of Appeal of Louisiana.
Second Circuit.
June 1, 1937.

Rehearing Denied June 30, 1937.

Writ of Certiorari and Review Denied
Nov. 2, 1937.

Deutsch & Kerrigan & Burke, of New Orleans, for appellant.

Frank W. Hawthorne and Theus, Grisham, Davis & Leigh, all of Monroe, and St. Clair Adams & Son, of New Orleans, for appellee.

DREW, Judge.

This is a companion case to suit styled Ouachita Parish Police Jury v. Northern Insurance Company of New York, No. 5360 on the docket of this court, 176 So.

639, in which a decision was rendered this day. The facts and the issues are the same.

For the reasons assigned in case No. 5360, the judgment of the lower court is affirmed, with costs.

### OUACHITA PARISH POLICE JURY v. NEW BRUNSWIG FIRE INSURANCE COMPANY.

#### No. 5359.

Court of Appeal of Louisiana.
Second Circuit.
June 1, 1937.

Rehearing Denied June 30, 1937.

Writ of Certiorari and Review Denied
Nov. 2, 1937.

Deutsch & Kerrigan & Burke, of New Orleans, for appellant.

Frank W. Hawthorne and Theus, Grisham, Davis & Leigh, all of Monroe, and St. Clair Adams & Son, of New Orleans, for appellee.

DREW, Judge.

This is a companion case to suit styled Ouachita Parish Police Jury v. Northern Insurance Company of New York, No. 5360 on the docket of this court, 176 So. 639, in which a decision was rendered this day. The facts and issues are the same.

For the reasons assigned in case No. 5360, the judgment of the lower court is affirmed, with costs.